Anthony W. Clark, Arizona Bar #:018279
Anthony W. Clark and Associates, PLLC
1212 W Camelback
Phoenix, Arizona 85013
ecf@awcesq.com
Telephone: (602) 266-9596
Facsimile: (602) 266-6774

Attorney for The Gerald Blank Trust,
Gerald Blank, Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case No.: 07-01628-ECF-GBN |
| U.S. AMERICAN STONE AND MINERALS, INC., | Adv. No.: 2:07-ap-00293-GBN |
| Debtor. | Chapter 11 |
| | **ORDER TO APPEAR AND SHOW CAUSE** |
| THE GERALD BLANK TRUST, GERALD BLANK, TRUSTEE, | |
| Plaintiff | |
| vs. | |
| U.S. AMERICAN STONE AND MINERALS, INC., ET AL, | |
| Defendants. | |

Upon the Application for Order to Show Cause filed by Gerald Blank, Trustee, and good cause appearing therefor:

**IT IS HEREBY ORDERED** directing U.S. AMERICAN STONE AND MINERALS, INC., U.S. AMERICAN RESOURCES, INC. and JOHN D. OWEN



1. to appear before this Court, Courtroom 702, 230 North First
2. Avenue, Phoenix, Arizona, on the 24th day of May, 2007,
3. at 10:30 a.m., and SHOW CAUSE, if any, why they should not be
4. enjoined from further collection of invoices assigned to
5. Plaintiff-Movant, required to remit any monies collected from
6. such invoices, prohibited from interfering with Plaintiff's
7. collection and required to account for and cooperate in
8. Plaintiff's collection of the referenced invoices.
9.     **IT IS FURTHER ORDERED** directing Plaintiff's counsel to
10. immediately serve a copy of this Order to Defendants named above
11. and file a certificate of service therefor.
12.                   **DATED AND SIGNED ABOVE.**

**GRANTED** (watermark across page)