Anthony W. Clark, Arizona Bar #:018279
Anthony W. Clark and Associates, PLLC
1212 W Camelback
Phoenix, Arizona 85013
ecf@awcesq.com
Telephone: (602) 266-9596
Facsimile: (602) 266-6774

Attorney for The Gerald Blank Trust,
Gerald Blank, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 07-01628-ECF-GBN |
| U.S. AMERICAN STONE AND MINERALS, INC., | Adv. No.: 2:07-ap-00293-GBN |
| Debtor. | Chapter 11 |
| | **MOTION FOR LEAVE TO WITHDRAW** |
| THE GERALD BLANK TRUST, GERALD BLANK, TRUSTEE, | |
| Plaintiff | |
| vs. | |
| U.S. AMERICAN STONE AND MINERALS, INC., ET AL, | |
| Defendants. | |

Anthony W. Clark hereby moves for leave to withdraw as counsel for Plaintiff. As grounds, counsel would show that the successor trustee of the Plaintiff Trust has instructed counsel to withdraw and to allow the action to abate at the present time.

Counsel has informed the successor trustee of the posture of proceedings and status of negotiations and, further, the procedural requirement that the trust be represented by counsel.

Respectfully submitted,

/s/Anthony W Clark

Copy of the foregoing mailed
This _11th___ day of _July__2008 to:

Rachel Blank
5830 N Echo Canyon Ln
Phoenix, AZ  85018

Joyce W. Lindauer
Arthur I. Ungerman
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231

Angel Gomez
Reah G. Mariano
Epstein Becker and Green, P.C.
1875 Century Park East #500
Los Angeles, CA 90067


By: _/s/Anthony W Clark____