**ORDERED ACCORDINGLY.**

Dated: November 02, 2009



_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:07-bk-01628-GBN |
| U.S. AMERICAN STONE AND MINERALS, INC. | Chapter 11 |
| | Adversary No. 2:07-ap-00293-GBN |
| Debtor. | **ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT** |
| GERALD BLANK TRUST, GERALD BLANK, Trustee, | |
| Plaintiff, | |
| v. | |
| U.S. AMERICAN STONE AND MINERALS, INC., U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., JAMES GURGAINER, ROBERT PALMER, R. DAVID CLARK, JAMES L. CHRISTANSEN, DON E. BROWN, DON HANCOCK, JOHN D. OWEN, | |
| Defendants. | |

1  Based upon the Stipulation for Substitution of Counsel, filed by U.S. American
2  Resources, Inc., International Energy and Resources, Inc., Robert Palmer, R. David
3  Clark, Don E. Brown, Don Hancock, and John D. Owen, defendants in the above
4  captioned-adversary proceeding ("Defendants"), Epstein Becker & Green, and Reaves
5  Law Group, and upon good cause appearing,

6  **IT IS HEREBY ORDERED** authorizing and approving the withdrawal of
7  Epstein Becker & Green as counsel for the Defendants in the above-captioned matter, and
8  substituting Reaves Law Group as counsel for the Defendants.

DATED AND SIGNED ABOVE BY THE
HONORABLE GEORGE B. NIELSEN, JR
UNITED STATES BANKRUPTCY JUDGE