**ORDERED ACCORDINGLY.**

Dated: December 08, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| U.S. AMERICAN STONE AND MINERALS, INC. | Case No. 2:07-01628-GBN |
| Debtor. | |
| GERALD BLANK TRUST, | Adversary No. 2:07-ap-00293 |
| Plaintiff, | |
| vs. | ORDER |
| U.S. AMERICAN STONE AND MINERALS, INC., et al., | |
| Defendants. | |

At a hearing on August 27, 2009 the court set a briefing schedule and oral argument on a contemplated motion for summary judgment in this case. The plaintiff having failed to file the summary judgment the oral argument set for December 15, 2009 at 11:00 a.m. is vacated. A status hearing on the adversary will be conducted on **December 18, 2009** at **9:15 a.m.**, in Courtroom #702, 7th Floor, 230 N. First Avenue, Phoenix, Arizona.

ORDERED ACCORDINGLY.

Copies mailed this 8th day
of December, 2009, to:

Anthony W. Clark
CLARK & ASSOCIATES
1212 W. Camelback #104
Phoenix, AZ 85013
Email: ecf@awcesq.com
Attorney for Plaintiff Gerald Blank Trust

Andrew A. Harnisch
SNELL & WILMER LLP
400 E. Van Buren
Phoenix, AZ 85004-0022
Email: aharnisch@swlaw.com
Attorney for Defendant U.S. American Stone and Minerals, Inc.

David M. Reaves
REAVES LAW GROUP
2999 N. 44th Street #600
Phoenix, AZ 85018
Email: dreaves@reaves-law.com
Attorney for Defendants U.S. American Resources, Inc.;
    International Energy and Resources, Inc.; Robert Palmer;
    R. David Clark; Don E. Brown; Don Hancock and John D. Owen

By:/s/Rachael M. Stapleton
       Judicial Assistant