```
Anthony W. Clark, Arizona Bar #:018279
Anthony W. Clark and Associates, PLLC
PO Box 34506
Phoenix, Arizona 85067
ecf@awcesq.com
Telephone: (602) 266-9596
Facsimile: (602) 266-6774

Attorney for The Gerald Blank Trust,
Rachel Blank, Successor Trustee
```

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.,<br><br>　　　　　　　　　　Debtor.<br><br>THE GERALD BLANK TRUST,<br><br>RACHEL BLANK, SUCCESSOR TRUSTEE,<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>U.S. AMERICAN STONE AND MINERALS, INC., ET AL,<br><br>　　　　　　　　　　Defendants. | Case No.: 07-01628-ECF-GBN<br><br>Adv. No.: 2:07-ap-00293-GBN<br><br>Chapter 11<br><br><br><br>**NOTICE OF DEPOSITION OF JOHN OWEN** |

　　TO: **JOHN OWEN**

　　Please take notice that pursuant to FED. R. CIV. P. 26 and 30, made applicable to this proceeding pursuant to FED. R. BANKR. P. 9014, 7026 and 7030, the deposition of **John Owen** will be taken upon oral examination before a Notary Public, or some other official authorized by law to administer oaths beginning at the following time and place, and continuing thereafter from day to day on successive business days until completed:

1
2  **PERSON TO BE EXAMINED:** John Owen

3  **DATE AND TIME OF DEPOSITION:** March 8, 2010, at 9:00 a.m.

4  **PLACE OF DEPOSITION:**

5  Sheraton Hotel (Conference Suite assigned to Anthony W. Clark)

6  400 North Olive Street
   Dallas, TX 75201

7

8  I hereby certify that a true and correct copy of the foregoing was delivered by US Mail (with delivery confirmation), Facsimile and Email this 4th day of February, 2010, to:

9

10 | **ANDREW A. HARNISCH** | **JOYCE W. LINDAUER** |
   | CHRIS BAYLEY | JOYCE W. LINDAUER, ATTORNEY AT LAW |
11 | SNELL & WILMER LLP | 8140 WALNUT HILL LANE, SUITE 301 |
   | ONE ARIZONA CENTER | DALLAS, TX 75231 |
12 | 400 E VAN BUREN | 972-503-4033 |
   | PHOENIX, AZ 85004-2202 | Fax : 972-503-4034; |
13 | 602-382-6311 | 972-239-9886 |
   | Fax : 602-382-6070 | Email: joyce@joycelindauer.com |
14 | Email: aharnisch@swlaw.com; cbayley@swlaw.com | |

15 | **DOUGLAS S MAGNUSON** | **DAVID M. REAVES** |
   | COLLINS MAY POTENZA BARAN & GILLESPIE PC | REAVES LAW GROUP |
16 | | 2999 N 44TH ST #600 |
   | 201 N CENTRAL AVE, STE 2210 | PHOENIX, AZ 85018 |
17 | PHOENIX, AZ 85004-0022 | 602-241-0101 |
   | 602-252-1900 | Fax : 602-241-0114 |
18 | Fax : 602-252-1114 | Email: dreaves@reaves-law.com |
   | Email: dcollins@cmpbglaw.com | |

19

20                            /s/ Anthony W. Clark
                              Anthony W. Clark
21
22
23
24
25
26
27