```
 1  Anthony W. Clark, Arizona Bar #:018279
    Anthony W. Clark and Associates, PLLC
 2  PO Box 34506
    Phoenix, Arizona 85067
 3  ecf@awcesq.com
    Telephone: (602) 266-9596
 4  Facsimile: (602) 266-6774

 5  Attorney for The Gerald Blank Trust,
    Rachel Blank, Successor Trustee
 6
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Case No.: 07-01628-ECF-GBN |
|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC., | Adv. No.: 2:07-ap-00293-GBN |
| | Chapter 11 |
| Debtor. | |
| THE GERALD BLANK TRUST, | |
| RACHEL BLANK, SUCCESSOR TRUSTEE, | |
| Plaintiff, | **NOTICE OF DEPOSITION OF DON HANCOCK** |
| vs. | |
| U.S. AMERICAN STONE AND MINERALS, INC., ET AL, | |
| Defendants. | |

TO: **R. DAVID CLARK**

Please take notice that pursuant to FED. R. CIV. P. 26 and 30, made applicable to this proceeding pursuant to FED. R. BANKR. P. 9014, 7026 and 7030, the deposition of **Don Hancock** will be taken upon oral examination before a Notary Public, or some other official authorized by law to administer oaths beginning at the following time and place, and continuing thereafter from day to day on successive business days until completed:

**PERSON TO BE EXAMINED:** Don Hancock

**DATE AND TIME OF DEPOSITION:** March 9, 2010, at 3:00 p.m.

**PLACE OF DEPOSITION:**

Sheraton Hotel (Conference Suite assigned to Anthony W. Clark)
400 North Olive Street
Dallas, TX 75201

    I hereby certify that a true and correct copy of the foregoing was delivered by US Mail (with delivery confirmation), Facsimile and Email this 4th day of February, 2010, to:

| | |
|---|---|
| **ANDREW A. HARNISCH**<br>CHRIS BAYLEY<br>SNELL & WILMER LLP<br>ONE ARIZONA CENTER<br>400 E VAN BUREN<br>PHOENIX, AZ 85004-2202<br>602-382-6311<br>Fax : 602-382-6070<br>Email: aharnisch@swlaw.com;<br>cbayley@swlaw.com | **JOYCE W. LINDAUER**<br>JOYCE W. LINDAUER, ATTORNEY AT LAW<br>8140 WALNUT HILL LANE, SUITE 301<br>DALLAS, TX 75231<br>972-503-4033<br>Fax : 972-503-4034;<br>972-239-9886<br>Email: joyce@joycelindauer.com |
| **DOUGLAS S MAGNUSON**<br>COLLINS MAY POTENZA BARAN & GILLESPIE PC<br>201 N CENTRAL AVE, STE 2210<br>PHOENIX, AZ 85004-0022<br>602-252-1900<br>Fax : 602-252-1114<br>Email: dcollins@cmpbglaw.com | **DAVID M. REAVES**<br>REAVES LAW GROUP<br>2999 N 44TH ST #600<br>PHOENIX, AZ 85018<br>602-241-0101<br>Fax : 602-241-0114<br>Email: dreaves@reaves-law.com |

                                         /s/ Anthony W. Clark
                                         Anthony W. Clark