# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. | | |
| **Case Number:** | 2:07-bk-01628-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 12, 2010 10:30 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matters:*

1) **ADV: 2-09-00281**

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   ORAL ARGUMENT RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

   **R / M #:**   16 / 0

   **VACATED:   PER STIPULATION - RESET TO MAY 11, 2010 AT 11:00 A.M.**

2) **ADV: 2-07-00293**

   **Gerald Blank Trust vs U.S. AMERICAN STONE AND MINERALS, INC.**

   CONTINUED STATUS HEARING RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SUMMARY JUDGMENT.
   (FR. 12-18)

   **R / M #:**   88 / 0

3) HEARING RE: MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 FILED BY ROCK BOTTOM.

   **R / M #:**   476 / 0

## *Appearances:*

ANDREW A. HARNISCH, ATTORNEY FOR U.S. AMERICAN STONE AND MINERALS, INC.
ROBERT C WARNICKE & THOMAS E. LITTLER, ATTORNEY FOR ROCK BOTTOM
DAVID M. REAVES, ATTORNEY FOR UNITED STATES AMERICAN RESOURCES
HEATHER D. HORTON, ATTORNEY FOR I.R.S. (T)
ANTHONY W. CLARK, ATTORNEY FOR GERALD BLANK TRUST
JOHN OWEN/U.S. AMERICAN STONE (T)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:07-bk-01628-GBN            FRIDAY, MARCH 12, 2010 10:30 AM

## *Proceedings:*

ITEM #1
THE COURT CONFIRMS THAT THIS ORAL ARGUMENT WAS CONTINUED TO MAY 11, 2010 AT 11:00 A.M.

ITEM #2
MR. CLARK NOTES THE DISAPPOINTMENT OF APPEARANCES FOR DEPOSITIONS.  IT IS ADDED THAT THEY ARE TRYING TO DETERMINE WHERE THE PARTIES ARE AND HOW TO MAKE CONTACT.

MR. REAVES ASSURES THAT HE WILL WORK WITH MR. CLARK AS TO HIS CLIENTS.

MR. HARNISCH STATES THAT THE DEBTOR HAS NOT RECEIVED REQUESTS FOR DOCUMENTS.

MR. CLARK RESPONDS THAT HE WILL FILE FORMAL REQUESTS FOR DOCUMENTS.

THE COURT:  A CONTINUED STATUS HEARING WILL BE CONDUCTED ON MAY 11, 2010 AT 11:00 A.M.

ITEM #3
THE COURT ADVISES COUNSEL THAT IT HAS REVIEWED THE PLEADINGS AND WONDERS IF CONVERSION MIGHT BE BEST.

COUNSEL SUMMARIZE THEIR POSITIONS.

THE COURT RULED FROM THE BENCH, REITERATING THAT MR. LITTLER WILL WORK WITH MR. HARNISCH WITH LANGUAGE IN AN ORDER REGARDING THE SALE AND PAYMENT.  THE MOVANT HAS ESTABLISHED GROUNDS FOR CONVERSION OR DISMISSAL.

IT IS ORDERED THAT CONVERSION IS GRANTED BUT AN ORDER MAY NOT BE LODGED ANY SOONER THAN MARCH 25, 2010 AT 5:00 P.M.

Page 2 of 2

Case 2:07-ap-00293-GBN    Doc 107    Filed 03/12/10    Entered 03/18/10 08:35:10    Desc
Main Document    Page 2 of 2                                    03/18/2010  8:33:35AM