Anthony W. Clark, Arizona Bar #:018279
Anthony W. Clark and Associates, PLLC
PO Box 34506
Phoenix, Arizona 85067
ecf@awcesq.com
Telephone: (602) 266-9596
Facsimile: (602) 266-6774

Attorney for The Gerald Blank Trust,
Rachel Blank, Successor Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.,<br><br>                 Debtor.<br><br>THE GERALD BLANK TRUST,<br><br>RACHEL BLANK, SUCCESSOR TRUSTEE,<br><br>                 Plaintiff,<br><br>vs.<br><br>U.S. AMERICAN STONE AND MINERALS, INC., ET AL,<br><br>                 Defendants. | Case No.: 07-01628-ECF-GBN<br><br>Adv. No.: 2:07-ap-00293-GBN<br><br>Chapter 11<br><br>**SECOND** NOTICE OF DEPOSITION OF R. DAVID CLARK |

TO: **R. DAVID CLARK**

Please take notice that pursuant to FED. R. CIV. P. 26 and 30, made applicable to this proceeding pursuant to FED. R. BANKR. P. 9014, 7026 and 7030, the deposition of **R. David Clark** will be taken upon oral examination before a Notary Public, or some other official authorized by law to administer oaths beginning at the following time and place, and continuing thereafter from day to day on successive business days until completed:

**PERSON TO BE EXAMINED: R. David Clark**

**DATE AND TIME OF DEPOSITION:** May 24, 2010, at 9:00 a.m.

**PLACE OF DEPOSITION:**

615 East Houston Street
Judicial Conference Room
San Antonio, Texas 78205

**MATTERS TO BE EXAMINED:**

The documents, records and responses proffered in response to Requests for Production issued to the Deponent on 4/15/2010, Answers filed in the present proceeding and deposition testimony of Co-Defendants John D. Owen and Donald Hancock.

**PLAINTIFF INTENDS TO MAKE VIDEO AND AUDIO RECORDINGS OF THE SCHEDULED DEPOSITION.**

    I hereby certify that a true and correct copy of the foregoing was delivered by US Mail, Facsimile and Email this 16th day of April, 2010, to:

**DAVID M. REAVES**
REAVES LAW GROUP
2999 N 44TH ST #600
PHOENIX, AZ 85018
602-241-0101
Fax : 602-241-0114
Email: dreaves@reaves-law.com

                                          /s/ Anthony W. Clark
                                             Anthony W. Clark