# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. |
| **Case Number:** | 2:07-bk-01628-GBN          **Chapter:**  11 |
| **Date / Time / Room:** | THURSDAY, JULY 08, 2010 11:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matters:*

1) **ADV: 2-07-00293**

   **Gerald Blank Trust vs U.S. AMERICAN STONE AND MINERALS, INC.**

   CONTINUED STATUS HEARING RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SUMMARY JUDGMENT.
   (FR. 12-18 & 03-12)

   **R / M #:**    88 / 0

2) **ADV: 2-09-00281**

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   STATUS CONFERENCE RE: BRIEFING SCHEDULE ON ALTER EGO ISSUE FROM TEXAS COURT. (FR. 05-11)

   **R / M #:**    57 / 0

3) ORAL ARGUMENT RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. (RESET FR. 03-12 & 05-11)

   **R / M #:**    16 / 0

## *Appearances:*

DAVID M. REAVES, ATTORNEY FOR UNITED STATES AMERICAN RESOURCES
ROBERT C WARNICKE, ATTORNEY FOR ROCK BOTTOM, LLC
ROBERT A. MANDEL, ATTORNEY FOR KYLE TAUCH (T)

## *Proceedings:*

Mr. Reaves gave a status report as to adversary 07-293 stating that he is not sure why Mr. Clark is not present.

Mr. Warnicke gave a status report as to adversary 09-281 and asked for a 30 day continuance as they hope to resolve this matter.

COURT:  IT IS ORDERED CONTINUING BOTH MATTERS TO AUGUST 9, 2010 AT 11:30 A.M.

Case 2:07-ap-00293-GBN    Doc 109    Filed 07/08/10    Entered 07/08/10 14:23:31    Desc
Main Document    Page 1 of 1                                                07/08/2010   2:22:56PM