REAVES LAW GROUP
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 600
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves
State Bar No. 011677

Attorneys for Defendants U.S. American
Resources, Inc., International Energy and
Resources, Inc., Robert Palmer,
R. David Clark, Don E. Brown,
Don Hancock, and John D. Owen

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.<br>              Debtor. | Case No. 2:07-bk-01628-GBN<br><br>Proceedings Under Chapter 11 |
| GERALD BLANK TRUST,<br><br>RACHEL BLANK, SUCCESSOR TRUSTEE,<br>              Plaintiff,<br>v.<br><br>U.S. AMERICAN STONE AND MINERALS, INC., U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., JAMES GURGAINER, ROBERT PALMER, R. DAVID CLARK, JAMES L. CHRISTANSEN, DON E. BROWN, DON HANCOCK, JOHN D. OWEN,<br>              Defendants. | Adversary No. 2:07-ap-00293-GBN<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., ROBERT PALMER, R. DAVID CLARK, DON E. BROWN, DON HANCOCK, AND JOHN D. OWEN** |

1

Pursuant to RULE 9010, FED. R. BANKR. P., and Local Bankruptcy Rule 9010-1, David M. Reaves and the Reaves Law Group respectfully request an order of this Court authorizing the Reaves Law Group to withdraw as counsel for defendants U.S. American Resources, Inc., International Energy and Resources, Inc., Robert Palmer, R. David Clark, Don E. Brown, Don Hancock, and John D. Owen (collectively the "Defendants"). Defendants have failed to make acceptable arrangements for payment of services rendered by the Reaves Law Group, among other things.

This matter has not yet been set for trial. A status hearing in connection with this adversary proceeding is set for August 9, 2010, at 11:30 a.m. There are no other matters pending. Pursuant to Local Bankruptcy Rule 9010-1, submitted herewith is a Certificate of Attorney in Support of Motion to Withdraw as Counsel, wherein undersigned counsel avers that he has sent a written notice to the Defendants advising them of the status of the case.

Counsel's contact information for the Defendants is as follows:

John D. Owen
U.S. American Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

John D. Owen
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

John D. Owen
International Energy & Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

Robert Palmer
1925 North 3rd Street, #309
Baton Rouge, LA 70802
robert_palmer1@yahoo.com

Don Brown
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

R. David Clark
P.O. Box 235
Fisher, Texas 78623
(210) 313-5521

Don Hancock
4592 Shamrock Drive
Frisco, Texas 75034
(214) 585-1236

DATED this 8th day of July, 2010.

REAVES LAW GROUP

By: _____
David M. Reaves
Attorneys for Defendants

COPY of the foregoing MAILED
this 8th day of May, 2010, to:

Anthony W. Clark
Anthony W. Clark and Associates, PLLC
1212 West Camelback
Phoenix, Arizona 85013
Attorneys for The Gerald Blank Trust

John D. Owen
U.S. American Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287

John D. Owen
International Energy & Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287

John D. Owen
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287

3

| | |
|---|---|
| 1 | Don Brown |
| 2 | 3839 Briargrove Lane, Suite 6305<br>Dallas, Texas 75287 |
| 3 | |
| 4 | Robert Palmer<br>1925 North 3rd Street, #309 |
| 5 | Baton Rouge, LA 70802 |
| 6 | Don Hancock |
| 7 | 4592 Shamrock Drive<br>Frisco, Texas 75034 |
| 8 | R. David Clark |
| 9 | P.O. Box 235<br>Fisher, Texas 78623 |
| 10 | |
| 11 | Joyce W. Lindauer<br>8140 Walnut Hill Lane, Suite 301 |
| 12 | Dallas, Texas 75231 |
| 13 | Office of the U.S. Trustee<br>230 North First Avenue, Suite 204 |
| 14 | Phoenix, Arizona 85003 |
| 15 | /s/ Kathleen Arenold |