**REAVES LAW GROUP**
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 600
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves
State Bar No. 011677

Attorneys for Defendants U.S. American
Resources, Inc., International Energy and
Resources, Inc., Robert Palmer,
R. David Clark, Don E. Brown,
Don Hancock, and John D. Owen

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.<br>    Debtor.<br><br>GERALD BLANK TRUST,<br><br>RACHEL BLANK, SUCCESSOR TRUSTEE,<br>    Plaintiff,<br>v.<br><br>U.S. AMERICAN STONE AND MINERALS, INC., U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., JAMES GURGAINER, ROBERT PALMER, R. DAVID CLARK, JAMES L. CHRISTANSEN, DON E. BROWN, DON HANCOCK, JOHN D. OWEN,<br>    Defendants. | Case No. 2:07-bk-01628-GBN<br><br>Proceedings Under Chapter 11<br><br>Adversary No. 2:07-ap-00293-GBN<br><br>**CERTIFICATE OF ATTORNEY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., ROBERT PALMER, R. DAVID CLARK, DON E. BROWN, DON HANCOCK, AND JOHN D. OWEN** |

1

Case 2:07-ap-00293-GBN   Doc 111   Filed 07/08/10   Entered 07/08/10 15:07:15   Desc
Main Document   Page 1 of 3

I, David M. Reaves, do hereby certify under penalty of perjury, that I have sent defendants U.S. American Resources, Inc., International Energy and Resources, Inc., Robert Palmer, R. David Clark, Don E. Brown, Don Hancock, and John D. Owen (collectively the "Defendants") a letter advising them of the status of this case, including the dates and times of any court hearings or trial settings, and the need to comply with any existing court orders, discovery requests and the possibility of sanctions for the failure to comply.

DATED this 8th day of July, 2010.

REAVES LAW GROUP

By: _____
David M. Reaves
Attorneys for Defendants

COPY of the foregoing MAILED
this 8th day of May, 2010, to:

Anthony W. Clark
Anthony W. Clark and Associates, PLLC
1212 West Camelback
Phoenix, Arizona 85013
Attorneys for The Gerald Blank Trust

John D. Owen
U.S. American Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287

John D. Owen
International Energy & Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287

2

| | |
|---|---|
| 1 | John D. Owen |
| 2 | 3839 Briargrove Lane, Suite 6305<br>Dallas, Texas 75287 |
| 3 | |
| 4 | Don Brown<br>3839 Briargrove Lane, Suite 6305 |
| 5 | Dallas, Texas 75287 |
| 6 | Robert Palmer |
| 7 | 1925 North 3rd Street, #309<br>Baton Rouge, LA 70802 |
| 8 | Don Hancock |
| 9 | 4592 Shamrock Drive<br>Frisco, Texas 75034 |
| 10 | |
| 11 | R. David Clark<br>P.O. Box 235 |
| 12 | Fisher, Texas 78623 |
| 13 | Joyce W. Lindauer<br>8140 Walnut Hill Lane, Suite 301 |
| 14 | Dallas, Texas 75231 |
| 15 | Office of the U.S. Trustee |
| 16 | 230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003 |
| 17 | /s/ Kathleen Cremed |
| 18 | |