ORDERED ACCORDINGLY.

Dated: July 08, 2010

_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:07-bk-01628-GBN |
| U.S. AMERICAN STONE AND MINERALS, INC. | Proceedings Under Chapter 11 |
| Debtor. | |
| GERALD BLANK TRUST, | Adversary No. 2:07-ap-00293-GBN |
| RACHEL BLANK, SUCCESSOR TRUSTEE, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., ROBERT PALMER, R. DAVID CLARK, DON E. BROWN, DON HANCOCK, AND JOHN D. OWEN** |
| Plaintiff, | |
| v. | |
| U.S. AMERICAN STONE AND MINERALS, INC., U.S. AMERICAN RESOURCES, INC., INTERNATIONAL ENERGY AND RESOURCES, INC., JAMES GURGAINER, ROBERT PALMER, R. DAVID CLARK, JAMES L. CHRISTANSEN, DON E. BROWN, DON HANCOCK, JOHN D. OWEN, | |
| Defendants. | |

Upon consideration of the motion filed by The Reaves Law Group to withdraw as counsel for defendants U.S. American Resources, Inc., International Energy and Resources, Inc., Robert Palmer, R. David Clark, Don E. Brown, Don Hancock, and John D. Owen (collectively the "Defendants"), and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion and allowing The Reaves Law Group and David M. Reaves to withdraw as counsel for the Defendants in this Adversary Proceeding.

**IT IS FURTHER ORDERED** that any further pleadings served upon Defendants shall be sent to:

John D. Owen
U.S. American Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

John D. Owen
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

John D. Owen
International Energy & Resources, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

Robert Palmer
1925 North 3rd Street, #309
Baton Rouge, LA 70802
robert_palmer1@yahoo.com

Don Brown
3839 Briargrove Lane, Suite 6305
Dallas, Texas 75287
(866) 543-4653
(214) 853-5981 fax

R. David Clark
P.O. Box 235
Fisher, Texas 78623
(210) 313-5521

Don Hancock
4592 Shamrock Drive
Frisco, Texas 75034
(214) 585-1236

DATED AND SIGNED ABOVE.