Anthony W. Clark, Arizona Bar #:018279
Anthony W. Clark and Associates, PLLC
PO Box 34506
Phoenix, Arizona 85067
ecf@awcesq.com
Telephone: (602) 266-9596
Facsimile: (602) 266-6774

Attorney for The Gerald Blank Trust,
Rachel Blank, Successor Trustee

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.,<br><br>　　　　　　　　　　Debtor.<br><br>THE GERALD BLANK TRUST,<br><br>RACHEL BLANK, SUCCESSOR TRUSTEE,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>U.S. AMERICAN STONE AND MINERALS, INC., ET AL,<br><br>　　　　　　　　　　Defendants. | Case No.: 07-01628-ECF-GBN<br><br>Adv. No.: 2:07-ap-00293-GBN<br><br>Chapter 11<br><br>**SECOND NOTICE OF DEPOSITION OF DON E. BROWN** |

　　TO: **DON E. BROWN**

　　Please take notice that pursuant to FED. R. CIV. P. 26 and 30, made applicable to this proceeding pursuant to FED. R. BANKR. P. 9014, 7026 and 7030, the deposition of **Don E. Brown** will be taken upon oral examination before a Notary Public, or some other official authorized by law to administer oaths beginning at the following time and place, and continuing thereafter from day to day on successive business days until completed:

**PERSON TO BE EXAMINED:** Don E. Brown

**DATE AND TIME OF DEPOSITION:** August 16, 2010, at 10:00 a.m.

**PLACE OF DEPOSITION:**

Sheraton Hotel (Conference Suite assigned to Anthony W. Clark)
400 North Olive Street
Dallas, TX 75201

    I hereby certify that a true and correct copy of the foregoing was delivered by US Mail (with delivery confirmation), Facsimile and Email this 14th day of July, 2010, to:

| | |
|---|---|
| DON E. BROWN | **JOYCE W. LINDAUER** |
| 3839 Briargrove Lane, | JOYCE W. LINDAUER, ATTORNEY AT LAW |
| Suite 6305 | 8140 WALNUT HILL LANE, SUITE 301 |
| Dallas, TX 75287 | DALLAS, TX 75231 |

DON E. BROWN
4004 Emerson Drive
Plano, TX 75093

                                       /s/ Anthony W. Clark
                                       Anthony W. Clark