# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | U.S. AMERICAN STONE AND MINERALS, INC. |
| Case Number: | 2:07-bk-01628-GBN     Chapter: 11 |
| Date / Time / Room: | MONDAY, AUGUST 09, 2010 11:30 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matters:

1) ADV: 2-07-00293

   **Gerald Blank Trust vs U.S. AMERICAN STONE AND MINERALS, INC.**

   CONTINUED STATUS HEARING RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SUMMARY JUDGMENT. (FR. 12-18 & 03-12) fr. 7/8

   R / M #:    88 / 0

2) ADV: 2-09-00281

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   STATUS CONFERENCE RE: BRIEFING SCHEDULE ON ALTER EGO ISSUE FROM TEXAS COURT. (FR. 05-11) fr. 7/8

   R / M #:    57 / 0

3) ADV: 2-09-00281

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   ORAL ARGUMENT RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. (RESET FR. 03-12 & 05-11) fr. 7/8

   R / M #:    16 / 0

   VACATED:   BRIEFING SCHEDULED VACATED AT DOCKET #60

## Appearances:

ROBERT C WARNICKE, ATTORNEY FOR ROCK BOTTOM, LLC
ANTHONY W. CLARK, ATTORNEY FOR GERALD BLANK TRUST (T)
MARK J. GIUNTA, ATTORNEY FOR CHIRON FINANCIAL ADVISORS, LLC
ADAM NACH, ATTORNEY FOR THE TRUSTEE/JILL FORD

## Proceedings:

ITEM #1
MR. CLARK RELATES THAT MORE DISCOVERY IS NEEDED BEFORE A MOTION FOR SUMMARY JUDGMENT CAN BE FILED.  A THIRTY DAY CONTINUANCE IS SUGGESTED.

ITEM #2
MR. WARNICKE ADVISES THAT THIS ADVERSARY HAS BEEN ON HOLD.  THERE HAS BEEN AN OPPORTUNITY FOR HIS CLIENT TO PURCHASE THE CLAIMS FROM THE TRUSTEE.

MR. NACH CONFIRMS, STATING THAT THEY HAVE A PROPOSED SETTLEMENT.  ONCE THEY HAVE THE FUNDS, THERE WILL BE NOTICE, AS THERE WILL BE A NEW OWNER OF CLAIMS.  A FORTY-FIVE DAY CONTINUANCE IS SOUGHT.

THE COURT:  A CONTINUED HEARING IS SET FOR SEPTEMBER 23 2010 AT 10:00 A.M. IN BOTH ADVERSARIES.  TELEPHONIC APPEARANCES ACCEPTABLE.  THE CALENDAR SHALL REFLECT THAT THE CASE IS NOW A CHAPTER 7.