# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. |
| **Case Number:** | 2:07-bk-01628-GBN    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 23, 2010 10:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matters:*

1) ADV: 2-07-00293

   **Gerald Blank Trust vs U.S. AMERICAN STONE AND MINERALS, INC.**

   CONTINUED STATUS HEARING RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SUMMARY JUDGMENT. (FR. 12-18, 03-12, 7/8 & 08-09)

   **R / M #:**   88 / 0

2) ADV: 2-09-00281

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   CONTINUED STATUS CONFERENCE RE: BRIEFING SCHEDULE ON ALTER EGO ISSUE FROM TEXAS COURT. (FR. 05-11, 7/8 & 08-09)

   **R / M #:**   57 / 0

3) HEARING RE: Stipulated Application to Sell the Estate's Claims Against Rock Bottom, LLC and Various Other Parties Free and Clear of Liens.

   **R / M #:**   525 / 0

## *Appearances:*

KENNETH MICHAEL MOTOLENICH-SALAS, ATTORNEY FOR JILL H. FORD
ADAM B. NACH, ATTORNEY FOR JILL H. FORD
J. HENK TAYLOR, ATTORNEY FOR ROCK BOTTOM, LLC
ERIC ISRAEL/AGENT FOR ROCK BOTTOM
JOHN OWEN/INTERESTED PARTY (T)

## *Proceedings:*

ITEM #1
THE COURT STATES THAT IT DOES NOT APPEAR THAT THERE ARE ANY APPEARANCES HERE TODAY FOR THIS ADVERSARY. IT IS ADDED THAT SUBPOENAS HAVE BEEN ISSUED.

ITEM #2
THE COURT NOTES THAT THIS IS SUBJECT TO BEING RESOLVED BY THE SALE.

ITEM #3
THE COURT QUESTIONS THERE ARE ANY HIGHER OR BETTER OFFERS.

MR. NACH CONFIRMS THAT CLOSING WILL OCCUR FIVE BUSINESS DAYS. IT IS UNDERSTOOD THAT ONLY THE LAWSUIT IS BEING SOLD.

BIDDING COMMENCES. THE FINAL BID IS AWARDED TO VAST MOUNTAIN DEVELOPMENT IN THE AMOUNT OF $27,000.00, ROCK BOTTOM CERTIFIED AS A BACK UP BIDDER IN THE AMOUNT OF $26,000.00. UPON THE REQUEST BY MR. NACH, CLOSING SHALL CLOSE NO LATER THAN SEPTEMBER 28, 2010 AT 5:00 A.M. A CONTINUED STATUS HEARING IN THE ADVERSARIES WILL BE HELD ON OCTOBER 26, 2010 AT 10:15 A.M.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# Minute Entry

Page 1 of 1

Case 2:07-ap-00293-GBN    Doc 125    Filed 09/23/10    Entered 09/27/10 16:06:33    Desc
Main Document    Page 2 of 2    09/27/2010    4:06:14PM