1  Anthony W. Clark, Arizona Bar #:018279
   Anthony W. Clark and Associates, PLLC
2  PO Box 34506
   Phoenix, Arizona 85067
3  ecf@awcesq.com
   Telephone: (602) 266-9596
4  Facsimile: (602) 266-6774

5  Attorney for The Gerald Blank Trust,
   Rachel Blank, Successor Trustee
6
                    **UNITED STATES BANKRUPTCY COURT**
7
                         **DISTRICT OF ARIZONA**
8

| | |
|---|---|
| In re: | Case No.: 07-01628-ECF-GBN |
| U.S. AMERICAN STONE AND MINERALS, INC., | Adv. No.: 2:07-ap-00293-GBN |
| Debtor. | Chapter 11 |
| THE GERALD BLANK TRUST, | |
| RACHEL BLANK, SUCCESSOR TRUSTEE, | |
| Plaintiff, | **THIRD NOTICE OF DEPOSITION OF DON E. BROWN** |
| vs. | |
| U.S. AMERICAN STONE AND MINERALS, INC., ET AL, | |
| Defendants. | |

22      TO: **DON E. BROWN**
23
24          Please take notice that pursuant to FED. R. CIV. P. 26 and
        30, made applicable to this proceeding pursuant to FED. R.
        BANKR. P. 9014, 7026 and 7030, the deposition of **Don E. Brown**
25      will be taken upon oral examination before a Notary Public, or
        some other official authorized by law to administer oaths
26      beginning at the following time and place, and continuing
27      thereafter from day to day on successive business days until
        completed:

                                    -1-

**PERSON TO BE EXAMINED:** Don E. Brown

**DATE AND TIME OF DEPOSITION:** December 13, 2010, at 10:00 a.m.

**PLACE OF DEPOSITION:**

Sheraton Hotel (Conference Suite assigned to Anthony W. Clark)
400 North Olive Street
Dallas, TX 75201

    I hereby certify that a true and correct copy of the foregoing was delivered by US Mail (with delivery confirmation), Facsimile and Email this 24th day of November, 2010, to:

DON E. BROWN
13511 Rawhide Parkway
Farmers Branch, TX 75234-4852

DON E. BROWN
4004 Emerson Drive
Plano, TX 75093

/s/ Anthony W. Clark
Anthony W. Clark

-2-