# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## ***Hearing Information:***

**Debtor:** U.S. AMERICAN STONE AND MINERALS, INC.
**Case Number:** 2:07-bk-01628-GBN **Chapter:** 7

**Date / Time / Room:** THURSDAY, JANUARY 06, 2011 09:15 AM 7TH FLOOR #702

**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** LAURIE STALLMAN

## ***Matters:***

1) **ADV: 2-07-00293**

   **Gerald Blank Trust vs U.S. AMERICAN STONE AND MINERALS, INC.**

   CONTINUED STATUS HEARING RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SUMMARY JUDGMENT. (FR. 12-18, 03-12, 7/8, 08-09 , 09-23 & 10/26))
   **R / M #:** 88 / 0

2) **ADV: 2-09-00281**

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   CONTINUED STATUS CONFERENCE RE: BRIEFING SCHEDULE ON ALTER EGO ISSUE FROM TEXAS COURT. (FR. 05-11, 7/8, 08-09, 09-23 & 10/26)
   **R / M #:** 57 / 0

## ***Appearances:***

ANTHONY CLARK, ATTORNEY FOR GERALD BLANK TRUST
ANDREW HARDENBROOK. AMERICAN STONE AND MINERALS, INC.
ROBERT C WARNICKE & KIRT KENNEDY, ROCK BOTTOM, LLC, U.S. AMERICAN STONE AND MINERALS, INC.
MARK J. GIUNTA, ATTORNEY FOR CHIRON FINANCIAL ADVISORS, LLC, JAY KRASOFF

## ***Proceedings:***

ITEM #1
MR. CLARK ADVISES THAT HE WILL BE FILING A MOTION TO COMPEL AND A MOTION FOR SANCTIONS.

ITEM #2
MR. HARDENBROOK RELATES THAT THERE HAS NOT BEEN MUCH PROGRESS. TIME IS SOUGHT TO FILE AN AMENDED COMPLAINT, SPECIFICALLY, NINETY DAYS.

MR. GIUNTA STATES THAT HE WILL BE WITHDRAWING.

MR. KENNEDY CONFIRMS THAT HE IS JUST COMING INTO THE CASE. A CONCERN IS THAT SNELL & WILMER DID REPRESENT THE DEBTOR.

**THE COURT: A FORMAL MOTION TO AMEND THE COMPLAINT SHALL BE ON FILE NO LATER THAN FEBRUARY 28, 2011, WITH ANY OBJECTIONS DUE BY MARCH 14, 2011. ORAL ARGUMENT IN ADVERSARY #09-281 WILL BE CONDUCTED ON MARCH 18, 2011 AT 10:30 A.M. ON THE PLAINTIFF'S MOTION TO AMEND THE COMPLAINT. A HEARING ON THE PLAINTIFF'S MOTION TO COMPEL DISCOVERY WILL BE HELD IN ADVERSARY #07-293 ALSO ON MARCH 18, 2011. THE MOTION WILL BE FILED BY CLOSE OF BUSINESS TODAY, WITH ANY OBJECTIONS DUE BY FEBRUARY 21, 2011. COUNSEL TO PROVIDE NOTICE.**